**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



### ORDER

Appellate case name:        Katrina Marie Weibel v. Nicholas Jay Streeby

Appellate case number:     01-18-00058-CV

Trial court case number:   16-1394-F425

Trial court:               425th District Court of Williamson County

Appellant, Katrina Marie Weibel, has filed a notice of appeal of the trial court's order in a suit affecting the parent-child relationship in trial court case no. **16-1394-F425**. Appellant has filed in this Court a "Supplemental Reporter's Record Request" in which she "ask[s] that the Court Reporters to please submit" the following reporter's records:

 A. From Case 16-1102-F425, Name Change, 4/6/16:

> 1. 5/3/16 Final Hearing

B. From Case 16-1246-F425, Protective Orders, 4/18/16

> 1. 5/2/16 Protective Order Hearing

C. From Case 16-2899-F425, Protective Order, 9/6/16

> 1. 5/4/18 Dismissal Hearing.

On November 26, 2018, appellant submitted correspondence asking if "[these] Reporter's Records are going to be turned in." "If anything relevant is omitted from the reporter's record . . . any party may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplement reporter's record containing the omitted items." TEX. R. APP. P. 34.6(d); *see generally Wheeler v. Green*, 157 S.W.3d 439, 444 (Tex. 2005) ("[P]ro se litigants are not exempt from the rules of procedure."). Appellant may request the court reporter to prepare and file a supplemental reporter's record.

On November 26, 2018, we granted appellant's motion for an extension of time to file her appellant's brief. Appellant's brief remains due on December 10, 2018. *See* TEX. R. APP. P. 38.6(a), (d).

It is so ORDERED.

Judge's signature: __/s/ Russell Lloyd____

                    ☒ Acting individually    ☐ Acting for the Court

Date: _December 4, 2018__